UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

UNITED STATES OF AMERICA

        Plaintiff

v.              Case No.: 5:13–po–10859
              Magistrate Judge Guillermo R. Garcia

Javier Olvera–Ramirez

        Defendant

## JUDGMENT

On **8/6/13**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. § 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 20 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

A $10.00 special assessment is hereby imposed.

DONE at Laredo, Texas, on **8/6/13.**

_____
Guillermo R. Garcia
United States Magistrate Judge